IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02391-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 76.25.165.224,

    Defendant.

## ORDER OF DISMISSAL

In he accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on November 15, 2013 (ECF No. 16), it is

ORDERED that Defendant John Doe, subscriber assigned IP address 76.25.165.224, is **DISMISSED WITHOUT PREJUDICE**, and this case is terminated.

Dated:  November 15, 2013

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior United States District Judge